UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRIAS

                    Plaintiff,

        -against-                                26-cv-5403 (ALC)

SAMUELS ET AL                                    ORDER

                    Defendant.

**ANDREW L. CARTER, JR., United States District Judge:**

At this time, Plaintiff's ex parte emergency motion is denied. Plaintiff is ordered to serve Defendants with their request for a TRO by June 30, 2026. The Court will then hold a telephonic conference for all Parties July 1, 2026 at 11 am. The Parties should contact the Court at 1-855-244-8681 (access code: 2305 370 0226#). The Clerk of Court is respectfully directed to terminate ECF No. 5.

**SO ORDERED.**

Dated:    June 26, 2026
          New York, New York

                                    _____
                                    **ANDREW L. CARTER, JR.**
                                    **United States District Judge**